AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of:
(Address or brief description of property or premises to be seized)

**SEIZURE WARRANT**

CASE NUMBER: 0 7 - 5 5 0 - M - 0 1

2004 GMC Yukon,
Maryland license 366M624,
VIN 1GKEK13T64J222462,
registered to **Sean Gustus**

TO:  Director, Federal Bureau of Investigation , and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Debra L. LaPrevotte_ who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely: (describe the property to be seized)

   2004 GMC Yukon, Maryland license 366M624, VIN 1GKEK13T64J222462,
   registered to **Sean Gustus**.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 0 6 2007    3:30 pm                      at Washington, D.C.
Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>11/6/07 | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT | | |

Not Seized

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature]*

FILED
NOV 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____      11-20-07
U S Judge or U S Magistrate Judge              Date